COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



# ORDER WITHDRAWING MEDIATION ORDER

Court of Appeals Number:     01-21-00482-CV

Style:                       Brooks  Brazda v. Suretec Insurance Company

Trial Court Case Number:      413,348-402

Trial Court:                 Probate Court No 3 of Harris County

Type of Motion:              Objection to Mediation

Party Filing Motion:         Joint

Appellant and Appellee has objected to mediation.  The Court's mediation order dated September 24, 2021 is withdrawn.

Judge's signature: /s                                                                  /
                        Acting individually

Date:

---

\*      Absent emergency or a statement that the motion is unopposed, must wait ten days before acting on motion except for motion to extend time to file a brief.  *See* TEX. R. APP. P. 10.3(a).

**Note**:   Single justice may grant or deny any request for relief properly sought by motion, except in a civil case a single justice should not: (1) act on a petition for an extraordinary writ or (2) dismiss or otherwise determine an appeal or a motion for rehearing.  TEX. R. APP. P. 10.4(a).